IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

CONTINENTAL CASUALTY COMPANY,

   Plaintiff,

   v.

GARGOYLES, INC, et al.,

   Defendants.

CIVIL NO.: WDQ-14-1183

* * * * * * * * * * * * *

ORDER

Upon consideration of the Defendants' Motion for a Continuance and Legal Furlough, it is, this 5th day of January, 2015, ORDERED that:

1. The Gargoyles, Inc.'s motion for a continuance and legal furlough (ECF No. 23) BE, and HEREBY IS, DENIED;

   a. On July 17, 2014, John F. Curran attempted to file a responsive pleading for himself and Gargoyles, Inc. The Court returned the pleading as deficient under L.R. 102.

   b. On September 30, 2014, the Court granted Gargoyles thirty (30) days to obtain counsel and file a response or "risk default." ECF No. 21.

   c. On October 29, 2014, Curran filed the current motion asserting that he is the only officer of Gargoyles who

can obtain counsel, and that he cannot do so while imprisoned. There are two other individuals on Gargoyles's Board of Directors -- "[o]ne of those is [on] a medical leave to complete a cancer treatment regime; the other is overseas addressing a family matter." ECF No. 25 at 2. Although the Court is sympathetic to these situations, Gargoyles is responsible for obtaining counsel and replying to the complaint;

2. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to the parties.

William D. Quarles, Jr.
United States District Judge